No. 01–9111. THOMPSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–9113. WALKER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9114. WILLIAMS v. PETERSON ET AL. Ct. App. Mich. Certiorari denied.

No. 01–9117. HOFFMAN v. YOUNG, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 01–9119. FITTS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9120. FOSSIE v. MONETTE ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–9121. HURD v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9122. HALL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–9123. HASTINGS v. SUTHERS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 01–9124. HAYES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9126. RICHARDSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 01–9127. SUTHERLAND v. AUTUMN CARE CORP. C. A. 4th Cir. Certiorari denied. 

No. 01–9129. SOSA-OLIVARES v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9130. ROBINSON v. DOE ET AL. C. A. 7th Cir. Certiorari denied.